AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hale, Harlin D. | Bankruptcy Court - NDTX | 06/12/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States Bankruptcy Court
1100 Commerce Street - #1254
Dallas, Texas 75242-1496

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Advisors | George W. & Jean H. Pugh Institute |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 06/12/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 04/30/2012 | Southern Methodist University (teaching) | $15,000.00 |
| 2. 12/21/2012 | Southern Methodist University (teaching) | $7,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Dallas Independent School District |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | TX State Bar - Bankruptcy Section | 02/03/2012 | Austin, TX | Section Council Meeting | Transportation, food |
| 2. | Center for American and International Law | 02/22-25//2012 | New Orleans, LA | Fifth Circuit Bench/Bar - Speaker | Transportation, food, lodging |
| 3. | National Conference of Bankruptcy Judges | 03/19-20//2012 | Miami, FL | Board Meeting | Transportation, food, lodging |
| 4. | Federal Judicial Center | 03/26-29/2012 | Charleston, SC | National Workshop for Bankruptcy Judges | Transportation, food, lodging |
| 5. | TX State Bar - Bankruptcy Section | 04/13/2012 | Austin, TX | Bankrtupcy Seminar - Speaker | Transportation, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 06/12/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | United States Courts | 05/6-9/2012 | Santa Fe, NM | Fifth Circuit Conference | Transportation, food, lodging |
| 7. | TX State Bar - Bankruptcy Section | 06/14-15/2012 | Austin, TX | State Bar Meeting/Seminar - Speaker | Transportation, food, lodging |
| 8. | University of Texas School of Law | 08/8-10/2012 | Galveston, TX | Bankrtupcy Seminar - Speaker | Transportation, food, lodging |
| 9. | State Bar of Texas | 09/13-14/2012 | Houston, TX | Bankrtupcy Seminar - Speaker | Transportation, food, lodging |
| 10. | Federal Bar Association | 09/20-22/2012 | San Diego, CA | Annual Meeting - Speaker | Transportation, food, lodging |
| 11. | National Conference of Bankruptcy Judges | 10/23-26/2012 | San Diego, CA | Annual Meeting - Board Member | Transportation, food, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 06/12/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cross Keys Bank | A | Interest | J | T | | | | | |
| 2. Cross Keys Bank Stock | B | Dividend | K | T | Buy (add'l) | 12/15/12 | J | | Deborah Wilson |
| 3. Blue Cross FCU account | B | Interest | K | T | | | | | |
| 4. Belt West Ltd. Partnership | | None | J | U | | | | | |
| 5. STERLING TRUST IRA (H) | | | | | | | | | |
| 6. - Southwest Airlines | | None | | | Sold | 12/31/12 | J | A | |
| 7. -Exxon Mobil | B | Dividend | | | Sold | 12/31/12 | J | B | |
| 8. Edward Jones IRA (H) (changed brokerage from Sterling Trust) | | | | | | | | | |
| 9. - Home & Hearth Ltd. P'Ship | | None | J | T | | | | | |
| 10. - Miller Co. Ltd. P'Ship | A | Distribution | K | T | | | | | |
| 11. - CAPITAL INCOME BUILDER FUND A | | None | J | T | Buy | 12/31/12 | J | | |
| 12. - FUNDAMENTAL INVESTORS FUND A | | None | J | T | Buy | 12/31/12 | J | | |
| 13. - GROWTH FUND OF AMERICA CL A | | None | J | T | Buy | 12/31/12 | J | | |
| 14. - INCOME FUND OF AMERICA FUND A | | None | J | T | Buy | 12/31/12 | J | | |
| 15. - NEW ECONOMY FUND CL A | | None | J | T | Buy | 12/31/12 | J | | |
| 16. - NEW PERSPECTIVE FUND CL A | | None | J | T | Buy | 12/31/12 | J | | |
| 17. - WASHINGTON MUTUAL INVS FD CL A | | None | J | T | Buy | 12/31/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 06/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of America | A | Interest | J | T | | | | | |
| 19. Wells Fargo | A | Interest | J | T | | | | | |
| 20. EQUITABLE IRA (H) | | None | M | T | | | | | |
| 21. - EQ/Core Bond Index | | | | | | | | | |
| 22. - EQ/Marsico Focus | | | | | | | | | |
| 23. - EQ/BlackRock Intl Val | | | | | | | | | |
| 24. - EQ/PIMCO Real Return | | | | | | | | | |
| 25. - EQ/Van Kampen Comstock | | | | | | | | | |
| 26. - EQ/Evergreen Intl Bond | | | | | | | | | |
| 27. - EQ/Davis NY Venture | | | | | | | | | |
| 28. - EQ/Franklin Income | | | | | | | | | |
| 29. EDWARD JONES | B | Dividend | L | T | | | | | |
| 30. Edward Jones Cap World Growth & Income Fund CLA | A | Dividend | K | T | | | | | |
| 31. Edward Jones Tax Exempt Bond Fund Amer CLA | B | Dividend | K | T | | | | | |
| 32. Exxon Mobil | B | Dividend | L | T | | | | | |
| 33. Texas Federal Credit Union (Name corrected from 2011) | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 06/12/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Page 7, Lines 5-17 - In 2012,          transferred our IRAs from Sterling Trust to Edward Jones.  We were required to sell our stock in Southwest Airlines and Exxon Mobil and then used the funds to purchase the various funds on lines 11-17.  The interest in Home & Hearth Ltd. Partnership and Miller Co. Ltd. P'Ship on lines 9 and 10 were transferred to Edward Jones and currently have nominal value.

| Name of Person Reporting | Date of Report |
|---|---|
| Hale, Harlin D. | 06/12/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Harlin D. Hale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544